opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Henrietta Michaelis, Appellant, v. Dry Dock Savings Institution and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The Edw. J. Noble Company, Inc., Respondent, v. David P. Leahy Realty Company and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Rose Rappaport, Respondent, v. New York Railways Company, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $1,500, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John L. Snedden, Respondent, v. Central Valley National Bank, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Emma Ederheimer, Appellant, v. Leopold Ederheimer, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event. No opinion. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York, Appellant, v. May Martin, Principal, and Joseph Goldberg, Surety, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

James Pollitz, Appellant, v. The New York Central Railroad Company and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted as stated in order, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Brock, Appellant, v. Ruel W. Poor and Another, Individually and as Trustees, etc., and Others, Respondents.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Brock, Appellant, v. Ruel W. Poor and Another, Individually and as Trustees, etc., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Charles Brock, Suing for Himself as a Stockholder of The Anthony & Scovill Company, and on Behalf of Said Company and All Other Stock-

holders, etc., Appellant, v. Ruel W. Poor and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Nacirema Company, Respondent, v. Frank J. Cassidy, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Robert Holmes, Individually and as Trustee, and Others, Appellants, v. Hugh N. Camp, Jr., Individually and as Sole Surviving Executor and Trustee, etc., and Others, Defendants, Impleaded with Gerard S. Parsons, as Sole Surviving Executor and Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Scott, J., dissented.

John Farrell, Appellant, v. William H. Archibald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Kate Smith Cammack, Respondent, v. Earle Scott and Another, Impleaded with Arthur Lipper and Others, Copartners, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Johanna A. Dobrovolny, Respondent, for a Writ of Mandamus against William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Robert E. Lundi, an Infant, etc., Appellant, v. Emma B. R. Dittrich, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Supplementary Proceedings: Harry M. Levengston, Respondent, v. James J. Farmer, Individually and as Trustee. etc., and Others, Defendants. Pan-American Printing Company, Inc., Third Party, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of Gunni J. Busck, Respondent, to Recover Possession of His Child, Richard Busck. Charlotte H. Busck, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Agnes Carley, Respondent, v. Midland Beach Company and Others, Appellants.— Order modified by directing that the order for examination be modified so as to authorize the examination only as to the possession, control and condition of the premises upon which plaintiff claims to have been injured, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Giuseppe Tuzzeo, Suing on Behalf of Himself and of All Other Creditors of Pasquale Pati & Son, etc., Appellant, v. American Bonding Company of Baltimore, Respondent.— Order affirmed, with ten dollars